■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD RUSSELL, Appellant. [595 NYS2d 709] —Judgment unanimously affirmed. Memorandum: We reject the contention that defendant's absence during a pre-trial *Sandoval* hearing *(see, People v Sandoval,* 34 NY2d 371) warrants reversal *(see, People v Dokes,* 79 NY2d 656). Because we conclude that subsequent proceedings held on the record in defendant's presence constituted a de novo *Sandoval* hearing, reversal is not required *(see, People v Smith,* 186 AD2d 976; *see also, People v Berger,* 188 AD2d 1073; *cf., People v Dean,* 188 AD2d 1082; *People v Eady,* 185 AD2d 678, *lv denied* 80 NY2d 929).

The rule enunciated in *People v Antommarchi* (80 NY2d 247, *rearg denied* 81 NY2d 759) is to be applied prospectively and is, therefore, not applicable to the case at bar *(see, People v Mitchell,* 80 NY2d 519). The sentence imposed was neither harsh nor excessive. (Appeal from Judgment of Monroe County Court, Egan, J.—Manslaughter, 1st Degree.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.